# CASE ANNOUNCEMENTS

## September 7, 2010

[Cite as *09/07/2010 Case Announcements #2*, 2010-Ohio-4213.]

## MOTION AND PROCEDURAL RULINGS

**2010–1565.   Mercer Dev., L.P. v. Mercer Cty. Bd. of Elections.**
Mercer App. No. 10–10–08, 2010-Ohio-4071. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay/injunction of the court of appeals' judgment,

It is ordered by the court that the motion is granted.

LUNDBERG STRATTON, O'DONNELL, and LANZINGER, JJ., dissent.

# CASE ANNOUNCEMENTS

## September 8, 2010

[Cite as *09/08/2010 Case Announcements*, 2010-Ohio-4201.]

## MOTION AND PROCEDURAL RULINGS

**2009–1936.   Kincaid v. Erie Ins. Co.**
Cuyahoga App. No. 92101, 183 Ohio App.3d 748, 2009-Ohio-4372. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion for leave for amicus curiae Progressive Preferred Insurance Company et al. to participate in oral argument scheduled for September 28, 2010, in support of the appellant,

It is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellant.

**2010–0897.   State v. Wilson.**
Cuyahoga App. No. 91971, 2010-Ohio-1196. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellee's motion for appointment of the Ohio Public Defender as counsel,

It is ordered by the court that the motion is granted and Terrence K. Scott of the Ohio Public Defender's Office is appointed to represent appellee.

## MISCELLANEOUS DISMISSALS

**2010–1346.   State ex rel. Ohio Power Co. v. Sinclair.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of the joint application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.